IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RALPH FARLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 116-124 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,[1] | ) ) ) ) ) |
| Defendant. | ) |

**ORDER**

Plaintiff commenced the above-captioned social security appeal on July 27, 2016. Before the Court is Plaintiff's consent motion to voluntarily dismiss his case without prejudice. (Doc. no. 14.) Plaintiff has submitted a stipulation of dismissal signed by both parties. (Id.); Fed. R. Civ. P. 41(a)(1). Accordingly, the Court **GRANTS** Plaintiff's motion (doc. no. 14), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 9th day of February, 2017, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court takes judicial notice that on January 20, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), the Court **DIRECTS** the Clerk of Court to substitute Nancy A. Berryhill as Defendant in this case.